UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

GREGORY BEAUVOIR,                                            CASE NUMBER:

    Plaintiff,

v.

XPO LOGISTICS DRAYAGE, LLC and
ISMAEL E. GONZALEZ,

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendant, XPO LOGISTICS DRAYAGE, LLC ("Defendant"), through its undersigned attorneys, submits this Notice of Removal and requests that the case entitled GREGORY BEAUVOIR, Plaintiff, v. XPO LOGISTICS DRAYAGE, LLC and ISMAEL E. GONZALEZ, Defendants, which was filed as Case No. GC21-67 in the Circuit Court of the Tenth Judicial Circuit, In and For Highlands County, Florida, be removed to the United States District Court, Southern District of Florida, Ft. Pierce Division. In support of this Removal, Defendant advises the Court as follows:

    1.    Plaintiff's Complaint was filed in the Highlands County, Florida, Circuit Court on February 25, 2021. The Complaint is attached as Exhibit A.

    2.    Defendant was served with the Complaint on March 5, 2021. To the best of Defendant's knowledge, co-defendant ISMAEL E. GONZALEZ has not been served.

3. Summons have been issued and discovery filed in the state court by Plaintiff, but no other proceedings have occurred in the state court action and no additional pleadings have been filed.

4. The state court action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, in that the matter in controversy exceeds the value of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

5. Specifically, Plaintiff was a resident of the state of Florida at the time the state court action was commenced and remains a resident and citizen of the state of Florida as of the date of filing this Notice. (Exh. A, ¶2)

6. The co-defendant, ISMAEL E. GONZALEZ, has not been served with process based on the state court's docket. ISMAEL E. GONZALEZ is not an employee of the Defendant. He no longer resides at the address on his driver's license at the time of the crash.

7. Defendant, XPO LOGISTICS DRAYAGE, LLC, is a Delaware corporation whose principal place of business is 11215 N. Community House, Charlotte, NC 28277. (See Affidavit of Alan Smith, Exh. B, ¶ 4.) Thus Defendant is a citizen of Delaware and North Carolina pursuant to 28 U.S.C.A. § 1332(c).

8. Defendant is not a Florida corporation and does not have a principal place of business in Florida. (Exh. B, ¶ 3)

9. Defendant believes there is complete diversity of citizenship as to all parties in conformance with 28 U.S.C.A. § 1332.

10. The amount in controversy exceeds $75,000 (Seventy Five Thousand Dollars) as required by 28 U.S.C.A. § 1332(a). Specifically, on November 27, 2019, the Plaintiff, Gregory Beauvoir, sent a formal demand for settlement to Defendant for $7 million, asserting, among other things, that the economic damages incurred by him as a result of the accident that is the subject of this lawsuit already exceeded $128,000 (One Hundred Twenty Eight Thousand Dollars). (Exh. C)

11. "In determining the amount in controversy, the Court should first look to the face of the complaint. *Pretka v. Kolter City Plaza II, Inc.*, 608 F.3d 744, 754 (11th Cir. 2010). If the amount in controversy is "not facially apparent from the complaint, then the court should look to the notice of removal," along with other relevant evidence. *Williams v. Best Buy Co.*, 269 F.3d 1316, 1319 (11th Cir. 2001).

12. Based upon the allegations set forth in Plaintiff's Complaint, in its entirety, and the attached Exhibits, the evidence fully supports a conclusion that Plaintiff is seeking damages to be awarded in excess of the jurisdictional minimum of this Court. Therefore, subject matter jurisdiction is vested in this Court.

13. Venue is properly in the Ft. Pierce Division of the Southern District of Florida, pursuant to S.D.L.R. 3 and 28 U.S.C. §1441(a). This case was filed in the Circuit Court of the Tenth Judicial Circuit in and for Highlands County, Florida. Therefore, the Ft. Pierce Division is the proper Court for removal of this case.

14. This Notice of Removal is being timely filed, as the Summons and Complaint were served on Defendant on March 5, 2021. (Exh. D)

15. A copy of this Notice of Removal is being filed with the Clerk of Court for the Circuit Court for the Tenth Judicial Circuit of Florida, together with a Notice of Filing Notice of Removal pursuant to 28 U.S.C. 1446(d).

16. A copy of this Notice of Removal, together with a Notice of Filing Notice of Removal, is being served on Plaintiff pursuant to 28 U.S.C. 1446(d).

17. No previous application for the relief sought in the Notice of Removal herein has been made to this or any other Court.

18. Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Defendant shall file its Answer and/or present its defenses or objections to the Complaint within seven days of the filing of this Notice of Removal.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of March, 2021, I mailed the foregoing via U.S. Mail to the following: Joseph N. Nusbaum, Esq., Brotman Nusbaum Ibrahim, 137 W. Royal Road Boca Raton, FL 33432, with a courtesy copy provided at his designated email address to joe@lawbni.com, michele@lawbni.com, elvia@lawbni.com.

*Timon V. Sullivan*
TIMON V. SULLIVAN, ESQUIRE
Florida Bar Number: 283010
Primary: TSullivan@ogdensullivan.com
OGDEN & SULLIVAN, P.A.
5422 Bay Center Drive, Suite 100
Tampa, FL 33609-3420
(813) 223-5111
(813) 229-2336 Facsimile
Attorneys for Defendant XPO Logistics Drayage, LLC