Beauvoir v. XPO Logistics Drayage, LLC and Ismael E. Gonzalez

# REMOVAL EXHIBIT A
## TO DEFENDANT'S NOTICE OF REMOVAL

*COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL*

IN THE CIRCUIT COURT OF THE
10TH JUDICIAL CIRCUIT IN AND
FOR HIGHLANDS COUNTY, FLORIDA

CASE NO.:    GC21-67

GREGORY BEAUVOIR,

      Plaintiff,

vs.

XPO LOGISTICS DRAYAGE, LLC and
ISMAEL E. GONZALEZ,

      Defendants.

_____/

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

The Plaintiff, GREGORY BEAUVOIR, sues the Defendants, XPO LOGISTICS

DRAYAGE, LLC (hereinafter "XPO LOGISTICS") and ISMAEL E. GONZALEZ, and

alleges:

1.     This is an action for damages in excess of Thirty Thousand ($30,000.00)

Dollars exclusive of interest and costs.

2.     At all times material hereto the Plaintiff, GREGORY BEAUVOIR, is a

resident of Highlands County, Florida.

3.     At all times material hereto, the Defendant, XPO LOGISTICS, is a

trucking agency and a foreign profit corporation, authorized and doing business

in Highlands County, Florida.

4.     At all times material hereto the Defendant, ISMAEL E. GONZALEZ, is a

resident of Winter Garden, Florida.

5.     The incident which gives rise to this lawsuit occurred in Avon Park, Highlands County, Florida, therefore, venue is proper in Highlands County.

6.     The acts and events which form the basis of the within lawsuit were the direct and proximate cause of the injuries of the Plaintiff, GREGORY BEAUVOIR.

## GENERAL FACTS

7.     At all times material, the Defendant, XPO LOGISTICS, owned, controlled and/or maintained a 2006 VLV Tractor Trailer, vehicle identification number: 4V4 NC9GH16N434814.

8.     At all times material, the Defendant, ISMAEL E. GONZALEZ, an employee of the Defendant, XPO LOGISTICS, and was under the supervision and control of the Defendant, XPO LOGISTICS, as to the time, method, and manner in the performance of his job duties, specifically driving Defendant's 2006 VLV Tractor Trailer.

9.     On or about April 26, 2019, ISMAEL E. GONZALEZ, was driving the Defendant's, XPO LOGISTICS, Tractor Trailer northbound on US Highway 27 approaching E. Main Street in Avon Park, Highlands County, Florida.

10.    On or about April 26, 2019, the Plaintiff, GREGORY BEAUVOIR, was operating his vehicle northbound on US Highway 27 approaching E. Main Street in Avon Park, Highlands County, Florida.

11.     At said time and place, the Defendant, ISMAEL E. GONZALEZ, while acting in the course and scope of his employment with XPO LOGISTICS, negligently and/or carelessly operated the Defendant's Tractor Trailer when he rear ended Plaintiff's vehicle.

## COUNT I - CLAIM AGAINST DEFENDANT, XPO LOGISTICS DRAYAGE, LLC

Plaintiff readopts and realleges paragraphs 1 through 11, as referenced above as if set forth fully herein under and further alleges:

12.     That as a result of the Defendant's, XPO LOGISTICS, negligence, the Plaintiff, GREGORY BEAUVOIR, suffered bodily injury and resulting pain and suffering, physical disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and/or aggravation of a pre-existing condition. The losses are either permanent or continuing and Plaintiffs will suffer the losses in the future.

WHEREFORE, the Plaintiff, GREGORY BEAUVOIR, demands judgment for damages against the Defendant, XPO LOGISTICS, for costs, and any other relief this Court deems just, in addition to trial by jury of all issues so triable.

## COUNT II CLAIM AGAINST DEFENDANT, ISMAEL E. GONZALEZ

Plaintiff readopts and realleges paragraphs 1 through 11, as referenced above as if set forth fully herein under and further alleges:

**BROTMAN NUSBAUM IBRAHIM**
137 West Royal Palm Road • Boca Raton, FL 33432

13.    As a direct and proximate result of the acts and/or omissions of the Defendant, ISMAEL E. GONZALEZ, for which the Defendant, XPO LOGISTICS, is vicariously liable under the Doctrine of Respondeat Superior, the Plaintiff, GREGORY BEAUVOIR, suffered bodily injury and resulting pain and suffering, physical disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, medical nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a pre-existing condition.  The losses are either permanent or continuing in nature.

WHEREFORE, the Plaintiff, GREGORY BEAUVOIR, demand judgment for damages against the Defendant, ISMAEL E. GONZALEZ, for costs, and any other relief this Court deems just, in addition to trial by jury of all issues so triable.

**WE HEREBY CERTIFY** that a copy of the foregoing has been electronically filed with the Clerk of the Courts by use of the ECF system this _____ day of February, 2021.

> **BROTMAN, NUSBAUM IBRAHIM**
> 137 West Royal Palm Road
> Boca Raton, FL 33432
> joe@lawbni.com
>
> By_____
> **JOSEPH N. NUSBAUM**
> **FLA. BAR NO. 114715**

**BROTMAN NUSBAUM IBRAHIM**

137 West Royal Palm Road • Boca Raton, FL 33432